IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NUMBER: CR416-305 |
| | ) | |
| DEMONT HERMAN TODD, | ) | FILED IN CAMERA |
| | ) | FILED UNDER SEAL |
| Defendant. | ) | |
| | ) | |

## ORDER

The Court having received Defendant's Motion to file In Camera and Under Seal, and good cause having been shown,

IT IS HEREBY ORDERED that due to the need for confidentiality of child victims and witnesses, counsel for Defendant is authorized to file an unredacted Motion to Suppress on behalf of the Defendant under seal. Defendant's unredacted Motion shall remain under seal. Defendant shall file a redacted Motion that complies with the provisions of 18 U.S.C. § 3509 with the Clerk for public record.

SO ORDERED this 4th day of November, 2016.

United State Magistrate Judge
Southern District of Georgia

Prepared By:
William G. Bell, III
State Bar No. 049625
420 West Broughton Street
Savannah, Georgia 31401
(912) 712-3449, Fax: 877-617-1480
wgbatty@hotmail.com