IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 MAR 29 P 12: 39

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 416-305 |
| | ) | |
| DEMONT HERMAN TODD | ) | |

## O R D E R

After a careful independent and *de novo* review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R") to which objections have been filed. (Dkt. no. 50.) Accordingly, the Court **OVERRULES** Defendant's objections (dkt. no. 50), **ADOPTS** the R&R as the opinion of this Court, **GRANTS** Defendant's motion to suppress as to his post-arrest statements, and **DENIES** the motion to suppress as to evidence from the search and seizure of the cell phone. (Dkt. no. 39, 42.) The Court **DENIES** all related motions as moot. (Dkt. nos. 28, 34.)

SO ORDERED this 2d day of March, 2017.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA